IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OSCAR ELIZONDO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| COVERGENT OUTSOURCING, INC., VELOCITY INVESTMENTS, LLC, TRAVELER'S CASUALTY AND SURETY COMPANY OF AMERICA, UNITED STATES FIRE INSURANCE COMPANY, and JOHN DOES | § § § § § § § § | 1:22-CV-82-RP |
| Defendants. | § § | |

## ORDER

On September 8, 2022, the parties dismissed this action with prejudice as to Plaintiff Oscar Elizondo and without prejudice as to the rights of the putative class by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 35). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on September 22, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE